```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
NYU LANGONE HOSPITALS,                                           :
                                                                 :
                        Plaintiff,                               :
                                                                 :          21 Civ. 10856 (JPC)
        -v-                                                      :
                                                                 :                ORDER
HEALTH CARE SERVICE CORPORATION d/b/a                            :
BLUE CROSS BLUE SHIELD OF TEXAS and                              :
UNITED HEALTHCARE INSURANCE COMPANY,                             :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

This case was removed from New York Supreme Court, New York County on December 17, 2021. Dkt. 1. During the Initial Pretrial Conference held on February 17, 2022, the Court directed Defendant Health Care Service Corporation ("HCSC") to re-file its answer to the Complaint because HCSC previously had filed its answer in New York Supreme Court prior to the removal of the action to this Court. The docket does not reflect any answer filed by HCSC. It is hereby ORDERED that HCSC shall file its answer to the Complaint by March 15, 2022.

SO ORDERED.

Dated: March 9, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge